**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7495**

---

CLENARD BROWN,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
MICHAEL MOORE, Director of SCDC; DOUGLAS A.
ROBINSON, Construction Supervisor, SCDC,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston. William B. Traxler, Jr., District
Judge. (CA-96-1966-2-21AJ)

---

Submitted: January 7, 1997          Decided: January 24, 1997

---

Before MURNAGHAN, ERVIN, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Clenard Brown, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his 42 U.S.C. § 1983 (1994) complaint without prejudice. A dismissal without prejudice is not reviewable by the court unless the reasons stated for the dismissal clearly disclose that no amendment to the complaint could cure its defects. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). In the present case, the district court expressly referred Appellant to the magistrate judge's report and recommendation for instructions on how to cure his defective complaint. The appeal is therefore dismissed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED